**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charlie Wade POWELL, Defendant–**
**Appellant.**

No. 01–7289.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Charlie Wade Powell, pro se. Douglas Cannon, Assistant United States Attorney, Greensboro, NC, for appellee.

Before WILKINS, MICHAEL and KING, Circuit Judges.

PER CURIAM.

Charlie Wade Powell appeals the district court's order denying his motion for modi-

fication of sentence under 18 U.S.C.A. § 3582(c)(2) (West 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Powell,* No. CR–88–193 (M.D.N.C. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*